Stephen F. Ellman, Esq.
Ronald M. Neumann, Esq.
Nicholas A. Savino, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLTON INTERNATIONAL EXPRESS,<br>WELLTON EXPRESS INC,<br><br>                        Plaintiffs,<br><br>         - against -<br><br>BANK OF CHINA (HONG KONG),<br>JP MORGAN CHASE BANK,<br>WELLS FARGO BANK PLC and JOHN DOE<br>and/or JANE DOE 1 THROUGH 10,<br><br>                        Defendants. | Case No.:  19 cv 6834 (JPO)<br><br><br>**NOTICE OF MOTION** |

TAKE NOTICE, that upon the Declaration of Ronald M. Neumann dated

August 15, 2019, and the exhibits thereto, the accompanying Memorandum of Law and

all pleadings and proceedings heretofore had herein, defendant Wells Fargo Bank, N.A.,

sued incorrectly herein as Wells Fargo Bank PLC ("Wells Fargo"), shall make a motion

before the Honorable J. Paul Oetken, at the United States Courthouse for the Southern

District of New York, 40 Foley Square, New York, New York 10007, for an order

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

1.      dismissing plaintiffs' complaint dated May 29, 2019 and filed on

or about May 29, 2019 as against Wells Fargo in its entirety and

with prejudice; and

2.      for such other and further relief as is just and proper.

Dated:    New York, New York
          August 15, 2019

Respectfully submitted,

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
Nicholas A. Savino
Attorneys for Defendant
*Wells Fargo Bank, N.A.*
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

TO:    Glenn H. Ripa, Esq.
       Attorney for Plaintiffs
       *Wellton International Express and*
       *Wellton Express, Inc.*
       305 Broadway, Suite 900
       New York, NY 10007

       Alena Markley, Esq.
       Greenberg Traurig, LLP
       Attorneys for Defendant
       *JP Morgan Chase Bank*
       200 Park Avenue
       New York, NY 10166

1025146v2